AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.   MJ21-374
The SUBJECT PARCEL bearing confirmation no. )
EJ 849 451 002 US, more fully described in Attachment A )
)

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   July 9, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in the West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   06/25/2021 at **10:30 a.m.**   _____
Judge's signature

City and state:   Seattle, Washington   Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

USAO# 2021R00662

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ21-374 | Date and time warrant executed:<br>6/25/2021 @ approximatley 11:11 am | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
  Inspector Kimberly Myhrer

Inventory of the property taken and name of any person(s) seized:

1) Parcel EJ849451002US and packaging.

2) $10,700.25 in U.S. currency.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/25/2021

*Executing officer's signature*

Michael Fischlin, U.S. Postal Inspector
*Printed name and title*

# ATTACHMENT A
Parcel to be searched

**SUBJECT PARCEL:** One Express Mail parcel addressed to "T. Tran, 5408 NE 3rd Place, Renton, WA 98059" with a return address of "Kong's Body Shop, 2212 Cheshire Br Rd, Atl, GA 30324." This parcel measures approximately 11.75" x 8.75" x 5.75" with a weight of approximately 3 pounds, 11 ounces. The SUBJECT PARCEL is postmarked June 22, 2021, from zip code 30345 in Atlanta, GA, and carries $67.65 in postage. The delivery confirmation number is EJ 849 451 002 US.

The SUBJECT PARCEL is currently in the custody of the USPIS located at 10700 27th Ave S., Seattle, Washington.

ATTACHMENT A - 1
USAO# 2021R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of 21 USC § 841(a)(1), distribution and possession with intent to distribute controlled substances, and 21 USC § 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

    a.    Controlled substances including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b.    Monetary instruments including, but not limited to, currency, money orders, bank checks, and gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B - 1
USAO# 2021R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970